1  TRINETTE G. KENT (State Bar No. 025180)
2  11811 North Tatum Blvd., Suite 3031
   Phoenix, Arizona 85028
3  Telephone: (480) 247-9964
4  Facsimile: (480) 717-4781
   tkent@lemberglaw.com
5
6  *Of Counsel to*
   Lemberg & Associates LLC
7  A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT 06905
9  Telephone: (203) 653-2250
10 Facsimile: (203) 653-3424

11 Attorneys for Plaintiff,
12 Mark Bonville

13
                UNITED STATES DISTRICT COURT
14
                 FOR THE DISTRICT OF ARIZONA
15

16 | Mark Bonville,                              | Case No.: 2:12-cv-01877-NVW |
17 |                                             |                             |
   |         Plaintiff,                          |                             |
18 |                                             | **PLAINTIFF'S NOTICE OF**   |
19 |   vs.                                       | **DISMISSAL WITH PREJUDICE**|
20 | Alternative Recovery Management ; and       |                             |
21 | DOES 1-10, inclusive,                       |                             |
22 |         Defendants.                         |                             |

23
24     Plaintiff, Mark Bonville, by and through undersigned counsel, hereby
25
   withdraws the complaint and voluntarily dismisses this action, with prejudice,
26
27 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

28

1  Dated: January 23, 2013

2                                              Respectfully submitted,
3
4                                              By:  /s/*Trinette G. Kent*
                                               Trinette G. Kent, Esq.
5
6
                                               *Of Counsel To:*
7
8                                              LEMBERG & ASSOCIATES L.L.C.
                                               Attorneys for Plaintiff
9
10
...
28

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2013, a true and correct copy of the foregoing Plaintiff's Notice of Dismissal with Prejudice was filed electronically with the U.S. District Court for the District of Arizona and is available on ECF.

By /s/ *Allison Ercolano*
Paralegal to Trinette G. Kent